ACCEPTED
03-16-00259-CV
13046945
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/4/2016 11:24:00 AM
JEFFREY D. KYLE
CLERK

## NO. 03-16-00259-CV

### In the Court of Appeals

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/4/2016 11:24:00 AM
JEFFREY D. KYLE
Clerk

### For the Third Supreme Judicial District of Texas

### Austin, Texas

*JAMES BOONE,*
### Plaintiff-Appellant

### v.

*DAVID GUTIERREZ, CHAIRMAN,*
*TEXAS BOARD OF PARDONS AND PAROLES*
### Defendant-Appellee

### On Appeal from the 201ST Judicial District Court

### of Travis County Texas.

### APPELLEE, DAVID GUITERREZ'S, MOTION TO EXTEND
### TIME TO FILE APPELLEE'S BRIEF

COMES NOW, David Gutierrez, Presiding Officer, Texas Board of Pardons and Paroles, (hereinafter TBPP) by and through the Office of the Texas Attorney General, and asks the Court to extend the time to file his Appellee's Brief.

#### A. INTRODUCTION

1.      Appellant is James Boone, TDCJ-ID# 658951, an offender currently incarcerated at the Ellis Unit within the Texas Department of Criminal Justice, Walker County, Texas. Appellee is David Gutierrez, Presiding Chair, TBPP.

2.      There is no specific deadline to file this motion to extend time. See Tex. R. App. P. 38.6(d).

1

## B. Argument & Authorities

4.     The Court may grant an extension of time under Texas Rule of Appellate Procedure 38.6(d) to extend the time to file a brief.

5.     The deadline to file the Appellee's Brief was September 21, 2016.

6.     Appellee requests an additional fourteen (14) days to file Appellee's Brief, extending the time until October 05, 2016.

7.     No prior extension has been granted to extend the time to file Appellee's Brief.

8.     Appellee Gutierrez needs additional time to file Appellee's brief because due to an oversight, appellee's briefing deadline was not placed on defense counsel's docket calendar.

## C. Conclusion

9.  Appellee Gutierrez, respectfully requests that he be allowed to file his Appellee's brief outside of the due date, September 21, 2016.  His failure to file his Appellee's brief was not borne out of malice, but of a calendaring error. Defense counsel truly regrets this error and has taken steps to prevent this occurring in future instances.

## D. Prayer

10.  For these reasons, Appellee David Gutierrez, Presiding Chair, TBPP, respectfully asks the Court to grant an extension of time to file his Appellee's Brief until October 05, 2016.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**JEFFREY C. MATEER**
First Assistant Attorney General

**BRANTLEY STARR**
Deputy First Assistant Attorney General

2

**JAMES E. DAVIS**
Deputy Attorney General for Civil Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense Division

*/s/* CAROL M. GARCIA
**CAROL M. GARCIA**
Assistant Attorney General
Law Enforcement Defense Division
Attorney in Charge
State Bar No. 07631680
carol.garcia@texasattorneygeneral.gov

P. O. Box 12548, Capitol Station
Austin, Texas 78711
Phone: (512) 463-2080
Fax No: (512) 495-9139

**ATTORNEYS FOR APPELLEE**
**DAVID GUTIERREZ**

## CERTIFICATE OF CONFERENCE

I, **CAROL M. GARCIA**, Assistant Attorney General of Texas, certify that I am unable to confer with James Boone, as he is an incarcerated offender, currently assigned to the Ellis Unit, Walker County, Texas, making a conference impermissible. It is presumed that he is opposed to **Appellee David Gutierrez's Motion to Extend Time to File Appellee's Brief**.

/s/ Carol M. Garcia
**CAROL M. GARCIA**
Assistant Attorney General

3

## NOTICE OF ELECTRONIC FILING

I, **CAROL M. GARCIA**, Assistant Attorney General of Texas have electronically submitted for filing, a true and correct copy of the above and foregoing **Appellee David Gutierrez's Motion to Extend Time to File Appellee's Brief**, in accordance with the Electronic Case Files System of the Third Court of Appeals, Austin, Texas on the 04th day of October 2016.

/s/ Carol M. Garcia
**CAROL M. GARCIA**
Assistant Attorney General


## CERTIFICATE OF SERVICE

I, **CAROL M. GARCIA**, Assistant Attorney General of Texas, certify that a true and correct copy of the above and foregoing **Appellee David Gutierrez's Motion to Extend Time to File Appellee's Brief** has been served by placing same in the United States Mail on this 04th day of October 2016 addressed to:

James Boone, TDCJ #658981
1697 FM 980, Ellis Unit
Huntsville, Texas 77343-0001
*Appearing Pro Se*

/s/ Carol M. Garcia
**CAROL M. GARCIA**
Assistant Attorney General